**UNITED STATES DISTRICT COURT**
                   **FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>United States of America</u>

    v.                                    Civil No. 10-cv-534-PB

<u>James M. Cassidy d/b/a</u>
<u>James M. Cassidy, CPA</u>


                              **O R D E R**


    Before the court is a motion to compel post-judgment discovery and request for hearing on periodic payment of the judgment of plaintiff, the United States of America (doc. no. 11).  Plaintiff has been unable to reach defendant for concurrence, despite its good faith efforts, as detailed in the motion.  For the reasons stated therein, plaintiff's motion is granted.

    Accordingly, the defendant, James M. Cassidy, is ordered to appear at the U.S. District Court for the District of New Hampshire, 55 Pleasant Street, Concord, New Hampshire, on May 24, 2011, at 11:30 a.m., for a hearing to establish a schedule for periodic payment of the judgment.  It is further ordered that defendant, James M. Cassidy, on the above date, participate in the disclosure of his financial assets and liabilities by

completing the financial statement attached to the plaintiff's motion as Exhibit B (doc. no. 11-3), by providing copies of all documents listed on Exhibit C (doc. no. 11-4), also attached to plaintiff's motion, and by further answering any questions propounded by plaintiff regarding his financial assets and liabilities and his ability to repay the judgment entered against him on February 18, 2011.

    SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

Date:  May 3, 2011

cc:  Michael T. McCormack, Esq.
     James M. Cassidy