UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

               v.                      Case No. 10-cv-534-PB

<u>James Cassidy</u>

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated May 25, 2011, no objection having been filed.

SO ORDERED.

June 30, 2011                      /s/ Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

cc:    Michael McCormack, Esq.