U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE 2011 DEC -b A 9 07

United States of America,
          Plaintiff,

          v.                                    Civil No. 10-534-PB

James M. Cassidy,
          Defendant,
     and

St. Mary's Bank,
          Garnishee.


ORDER TO RELEASE FUNDS AND TO
QUASH WRIT OF CONTINUING GARNISHMENT

     On November 18, 2011, a Writ of Continuing Garnishment and
Clerk's Notice of Continuing Garnishment were issued in the above-
captioned action by James R. Starr, Clerk, United States District
Court.  In accordance with the terms of the Writ of Continuing
Garnishment, on November 22, 2011, accounts in the name of
James M. Cassidy, held by St. Mary's Bank, were levied on by the
United States of America.  Copies of the Application, Clerk's
Notice and Writ of Continuing Garnishment were sent to defendant,
James M. Cassidy on November 23, 2011, by certified mail, return
receipt.

     Defendant hereby waives his right to a hearing pursuant to 28
U.S.C. §3202(d).  Accordingly, it is

ORDERED that funds in the amount of $904.91 which were seized on November 22, 2011, from accounts in the name of James M. Cassidy, which are in the possession, custody or control of St. Mary's Bank, be released to the United States of America. Said funds should be made payable to U.S. Department of Justice and sent to U.S. Attorney's Office, 53 Pleasant Street, 4th Floor, Concord, NH 03301; and

ORDERED that the remaining funds in the amount of $2,000.00 in the accounts in the name of James M. Cassidy, be released to James M. Cassidy; and

ORDERED that the Writ of Continuing Garnishment issued on November 22, 2011, to St. Mary's Bank, is hereby quashed.

IT IS SO ORDERED.

U.S. Magistrate Judge

DATED: 12 - 6 - 11

cc: Michael T. McCormack, AUSA
    James M. Cassidy, pro se
    St. Mary's Bank, garnishee

2