U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2011 DEC -9 P 3: 20

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America,       )
    Plaintiff,                  )
                                )
v.                              )
                                )
James M. Cassidy d/b/a,         )    Civil No. 10-534-PB
  James M. Cassidy, CPA         )
    Defendant,                  )
                                )
  and                           )
                                )
Granite State Credit Union,     )
    Garnishee.                  )

## ORDER TO QUASH
## WRIT OF CONTINUING GARNISHMENT

On November 18, 2011, a Writ of Continuing Garnishment and Clerk's Notice of Continuing Garnishment were issued in the above-captioned action by James R. Starr, Clerk, United States District Court. In accordance with the terms of the Writ of Continuing Garnishment, on November 30, 2011, accounts in the name of James M. Cassidy, held by Granite State Credit Union, were levied on by the United States of America. Copies of the Application, Clerk's Notice and Writ of Continuing Garnishment were received by defendant, James M. Cassidy, on December 1, 2011.

Due to the minute balance in the accounts, the United States does not request a turnover of these funds. Accordingly, it is

ORDERED that funds in the amount of $10.00 seized on November 30, 2011, from accounts in the name of James M. Cassidy, which are in the possession, custody or control of Granite State Credit Union, be released back to the defendant, James M. Cassidy, and it is

ORDERED that the Writ of Continuing Garnishment issued on November 18, 2011, to Granite State Credit Union, is hereby quashed.

IT IS SO ORDERED.

_____
U.S. Magistrate Judge

DATED: 12-9-11

cc: Michael T. McCormack, AUSA
James M. Cassidy, defendant
Granite State Credit Union, garnishee